| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Torres, Analisa N. | 2. Court or Organization<br><br>U.S. District Court for the Southern District of New York | 3. Date of Report<br><br>1/3/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge -Nominee | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination   Date 1/3/2013<br>[ ] Initial   [ ] Annual   [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>1/1/2012<br>to<br>12/18/2012 |
| 7. Chambers or Office Address<br><br>New York State Supreme Court<br>111 Centre St.<br>New York, NY 10013 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Chair | WHEDCO-Women's Housing and Economic Development Corporation |
| 2.   Member, Board of Visitors | City University of New York Law School |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 10/19/1992 | New York State and Local Retirement System/Defined Benefit Pension Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | New York State Unified Court System | $155,264.00 |
| 2. | 2011 | New York State Unified Court System | $139,346.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Wells Fargo Advisors-salary, commissions and bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Earlham College | Tuition, Room and Board | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torres, Analisa N. | 1/3/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Brokerage Account #1 | | | | | Exempt | | | | |
| 2. -Wells Fargo Bank Deposit Sweep | A | Dividend | K | T | | | | | |
| 3. -Ford-F | A | Dividend | K | T | | | | | |
| 4. -iShares Dividend Index-DVY | A | Dividend | J | T | | | | | |
| 5. -Wisdom Tree Equity Income-DHS | A | Dividend | J | T | | | | | |
| 6. -Center Coast MLP Fund-CCCNX | B | Dividend | K | T | | | | | |
| 7. -Blackrock High Yield Fund-BHYIX | A | Dividend | J | T | | | | | |
| 8. -Delaware High Yield Fund-DHOIX | B | Dividend | K | T | | | | | |
| 9. -Artio GLBL High Income Fund-JHYIX | A | Dividend | J | T | | | | | |
| 10. -MetWest High Yield Fund-MWHIX | A | Dividend | K | T | | | | | |
| 11. -Mainstay High Yield Fund-MHYIX | A | Dividend | J | T | | | | | |
| 12. -Principal High Yield Fund-PYHPX | A | Dividend | J | T | | | | | |
| 13. -Ridgeworth High Yield Fund-STHTX | A | Dividend | J | T | | | | | |
| 14. -Blackrock Credit Alloc Trust-PSY | A | Dividend | J | T | | | | | |
| 15. -Calamos Strategic Fund-CSQ | A | Dividend | J | T | | | | | |
| 16. -NFJ Div Int Premium Strat Fund-NFJ | D | Dividend | K | T | | | | | |
| 17. -Nuveen Pref Inc Fund-JPC | B | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Wells fargo Absolute Return Fund-WARDX (X) | A | Dividend | J | T | | | | | |
| 19. PIMCO All Asset Fund-Paaix (X) | A | Dividend | J | T | | | | | |
| 20. -DreyfusPrem Emg Debt Loc Cur-DDIIX | A | Dividend | | | | | | | |
| 21. -Citigroup Inc.-C | A | Dividend | | | | | | | |
| 22. -Dreyfus Intl Bond Fd-DIBRX | A | Dividend | | | | | | | |
| 23. Brokerage Account #2 | | | | | | | | | |
| 24. -Wells Fargo Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 25. -ishares High Yield ETF-HYG | A | Dividend | | | | | | | |
| 26. -ishares S&P Pfd Stk ETF-PFF | A | Dividend | | | | | | | |
| 27. -MFS ltmd Inc-MIN | A | Dividend | | | | | | | |
| 28. -PWR SHRS Fincl Pfd-PGF | A | Dividend | | | | | | | |
| 29. Brokerage Account #3 | | | | | | | | | |
| 30. -Wells Fargo Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 31. IRA#1 | | | | | | | | | |
| 32. -Wells Fargo Bank Deposit Sweep | A | Dividend | K | T | | | | | |
| 33. -Abbott Labs-ABT | A | Dividend | J | T | | | | | |
| 34. -Altria-MO | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Apple-AAPL | B | Dividend | M | T | | | | | |
| 36. -BCE Inc.-BCE | A | Dividend | | | | | | | |
| 37. -CenturyLink Inc.-CTL | A | Dividend | | | | | | | |
| 38. -Citigroup-C | A | Dividend | K | T | | | | | |
| 39. -Con Ed-ED | A | Dividend | | | | | | | |
| 40. -Emerson Electric-EMR | A | Dividend | | | | | | | |
| 41. -Enterprise Pdcts Partners-EPD | A | Dividend | J | T | | | | | |
| 42. -JPM Chase-JPM | A | Dividend | K | T | | | | | |
| 43. -Magellan Midstrem Partners-MMP | A | Dividend | | | | | | | |
| 44. -Philip Morris Intl-PM | A | Dividend | J | T | | | | | |
| 45. -Plains All American Pipeline-PAA | A | Dividend | | | | | | | |
| 46. -Sunoco Logistics Partners-SXL | A | Dividend | | | | | | | |
| 47. -Teekay Lng Partners LP-TGP | A | Dividend | J | T | | | | | |
| 48. -The Southern Company-SO | A | Dividend | | | | | | | |
| 49. -Verizon-VZ | A | Dividend | J | T | | | | | |
| 50. -Bristol Myers-BMY | A | Dividend | | | | | | | |
| 51. -Chevron-CHV | A | Dividend | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Dominion Res-D | A | Dividend | | | | | | | |
| 53. -Lazard Emg Mkts Fd -LZEMX | A | Dividend | | | | | | | |
| 54. -McDonalds-MCD | A | Dividend | | | | | | | |
| 55. -Regency Energy Partners-RGP | A | Dividend | | | | | | | |
| 56. -Sasol-SSL | A | Dividend | | | | | | | |
| 57. -United Technologies-UTX | A | Dividend | | | | | | | |
| 58. -Vodafone Group-VOD | A | Dividend | | | | | | | |
| 59. IRA #2 | | | | | | | | | |
| 60. -Wells Fargo Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 61. -Polaris Industries, Inc.-PII | A | Dividend | K | T | | | | | |
| 62. -Lululemon Athletica Inc.-LULU | | None | J | T | | | | | |
| 63. -NFJ Div Int Premium Strat Fund-NFJ | A | Dividend | | | | | | | |
| 64. IRA #3 | | | | | | | | | |
| 65. -Wells Fargo Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 66. -NFJ Div Inc Prem Strat Fund-NFJ | A | Dividend | J | T | | | | | |
| 67. -ishares High Yield ETF-HYG | A | Dividend | | | | | | | |
| 68. -ishares Inv Grd Bond ETF-LQD | A | Dividend | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less　　B =$1,001 - $2,500　　C =$2,501 - $5,000　　D =$5,001 - $15,000　　E =$15,001 - $50,000
F =$50,001 - $100,000　　G =$100,001 - $1,000,000　　H1 =$1,000,001 - $5,000,000　　H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less　　K =$15,001 - $50,000　　L =$50,001 - $100,000　　M =$100,001 - $250,000
N =$250,001 - $500,000　　O =$500,001 - $1,000,000　　P1 =$1,000,001 - $5,000,000　　P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000　　P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal　　R =Cost (Real Estate Only)　　S =Assessment　　T =Cash Market
U =Book Value　　V =Other　　W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69. | NY State Deferred Compensation Plan #4 | | | | | | | | | |
| 70. | -Intl Equity Fd | A | Dividend | J | T | | | | | |
| 71. | -MSIF Emg Mkts Fd | A | Dividend | J | T | | | | | |
| 72. | -Columbia Acorn USA Fd | A | Dividend | J | T | | | | | |
| 73. | -Wells Fargo Adv Sm Cap Val Fd | A | Dividend | J | T | | | | | |
| 74. | -Vanguard Cap Opp Fund Fd | A | Dividend | J | T | | | | | |
| 75. | -Eaton Vance Lg Cap Val Fd | A | Dividend | J | T | | | | | |
| 76. | -Fid OTC Fd | A | Dividend | J | T | | | | | |
| 77. | -Janus Fd | A | Dividend | J | T | | | | | |
| 78. | -Davis NY Venture Fd | A | Dividend | J | T | | | | | |
| 79. | -T Rowe Price Eq Inc Fd | A | Dividend | J | T | | | | | |
| 80. | -Vanguard Inst Index Fd | A | Dividend | J | T | | | | | |
| 81. | -Vanguard Prime Cap Fd | A | Dividend | J | T | | | | | |
| 82. | TD Bank Savings Account | A | Dividend | J | T | | | | | |
| 83. | Chase Checking Plus Account | A | Dividend | J | T | | | | | |
| 84. | 401K #1 | | | | | | | | | |
| 85. | Wells Fargo 401k Large Cap Growth Multi-Manager Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Wells Fargo 401k LargeCap Value Multi-Manage Fund | A | Dividend | J | T | | | | | |
| 87. Wells Fargo 401k Small Cap Multi-Manager Fund | A | Dividend | J | T | | | | | |
| 88. Lazard Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |
| 89. American Funds EuroPacific Fund | A | Dividend | J | T | | | | | |
| 90. SSGA International Index Fund | A | Dividend | J | T | | | | | |
| 91. Wells Fargo non-ESOP Fund | A | Dividend | K | T | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torres, Analisa N. | 1/3/2013 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Analisa N. Torres**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 120 | 928 | Notes payable to banks-secured (auto) | | 5 | 475 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 608 | 693 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 6 | 419 |
| Due from relatives and friends | | 33 | 500 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 674 | 938 |
| Real estate owned – personal residence | 1 | 350 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | Education tuition | | 12 | 000 |
| Cash value-life insurance | | | | Education loans | | 21 | 000 |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 719 | 832 |
| | | | | Net Worth | 1 | 493 | 289 |
| Total Assets | 2 | 213 | 121 | Total liabilities and net worth | 2 | 213 | 121 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |